IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALIL HENDERSON,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   21-cv-4208 |
| | : | |
| **LONNIE OLIVER, et al.,** | : | |
| Respondents. | : | |

## O R D E R

This 2nd day of August, 2022, after careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and consideration of Petitioner's objections, which I find to lack merit, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is summarily **DISMISSED** as untimely, with prejudice.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge